1  Scott R. Matthews, Esq. (SM 5026)
2  James Tracy, Esq. (JT 1980)
   Windels Marx Lane & Mittendorf, LLP
3  156 West 56th Street, New York, New York 10019
   Telephone: (212)237-1025
4  Facsimile: (212)262-1215
5  e-mail:  smatthews@windelsmarx.com
            jtracy@windelsmarx.com
6
7  Paul F. Goldsmith, Esq. (SBN 097273)
   LAW OFFICES OF PAUL F. GOLDSMITH
8  12 Pimlott Lane
9  Mill Valley, California 94941
   Telephone:  (415) 888-2039
10 Facsimile:  (415) 383-6976
11 e-mail:  p.goldsmithlaw@gmail.com

12 Attorneys for Plaintiff, Jeffrey Boloten

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

------------------------------------- x

JEFFREY BOLOTEN,                    )
                                    ) Case No.: 13-CV-02533
         Plaintiff,                 ) (M.J. Donna M. Ryu)
                                    )
         -against-                  ) **MOTION BY STIPULATION**
                                    )
DAVID SHENTON,                      )
         Defendant.                 )
------------------------------------- x

{10880073:2}                    Stipulation: Boloten v. Shenton

WHEREFORE, by the undersigned counsel of record for the parties to this action, the parties respectfully request that this Court transfer this action to the United States District Court, Eastern District of New York, pursuant to 28 U.S.C. 1404(a), so that this action may be consolidated with a related action pending in the United States District Court, Eastern District of New York styled, *Jeffrey Boloten v. Anne Shenton*, CV 2013-3225 (JBW)((MDG) (the "New York Action"), which was filed prior in time to this action;

WHEREFORE, Defendant, David Shenton, by his undersigned counsel, hereby consents to the personal jurisdiction of the United States District Court, Eastern District of New York for these limited purposes;

WHEREFORE, the parties make this application for efficiency purposes and to eliminate the risk of inconsistent verdicts;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record for the parties to this action, that, there having been no previous requests for the relief sought herein, the parties request that the Initial Case Management Conference scheduled for August 28, 2013 at 1:30 p.m. be canceled and all deadlines imposed by the Court's Order Setting Initial Case Management Conference and ADR Deadlines dated June 5, 2013, as

amended by the Order dated August 6, 2013, shall be held in abeyance pending the consideration this application.

Dated: August 14, 2013

| WINDELS MARX LANE | PEDDER, HESSELTINE, WALKER |
| & MITTENDORF, LLP | & TOTH, LLP |

By: /s/ Scott R. Matthews
Scott R. Matthews
156 West 56th Street
New York, NY 10019
(212) 237-1000
*Attorneys for Plaintiff*

By: /s/ Stanley Pedder
Stanley Pedder
3445 Golden Gate Way
LaFayette, CA 94549-4517
(925) 283-6816
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

---------------------------------- x
JEFFREY BOLOTEN,                   )
                                   ) Case No.: 13-CV-02533
         Plaintiff,                ) (M.J. Donna M. Ryu)
                                   )
    -against-                      ) **ORDER**
                                   )
DAVID SHENTON,                     )
         Defendant.                )
---------------------------------- x

**GOOD CAUSE APPEARING THEREFOR,**

Upon the Motion by Stipulation filed by the parties on August 14, 2013 this action is hereby transferred to the United States District Court, Eastern District of New York, pursuant to 28 U.S.C. 1404(a), so that the transferree court may consider whether the matter should be related to and/or consolidated with a related action pending in the United States District Court, Eastern District of New York styled, *Jeffrey Boloten v. Anne Shenton*, CV 2013-3225 (JBW)((MDG), which was filed prior in time to this action.

Dated: August 16, 2013

_____
Hon. Donna M. Ryu

{10880074:2}